UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07CK3365-DMS |
| | ) | ORDER 07 MJ 2780 |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Rudolfo Vera, Jr. | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Ruben B Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

**Daniel Alvear-Soto**

DATED: 12/13/07

RECEIVED _____
DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Ruben B Brooks

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
_____
Deputy Clerk