# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
　　　　　　　　　　Plaintiff )
　　　　　　　　　　　　　　 )
vs. )
　　　　　　　　　　　　　　 )
Rudolfo Vera, Jr. )
　　　　　　　Defendant(s) )
_____ )

CRIMINAL NO. ___07 CR 3365 · DMS___
　　　　　　　　　07 MJ 2780

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,　Ruben B Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Jose Luis Jaramillo - Soto

DATED:   12/13/07

Ruben B Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk