Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant: Rodolfo Veta, Jr.

### UNITED STATES OF AMERICA
### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 07 CR 03365 - DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION SERVICE OF SENTENCE |
| v. | ) | MEMORANDUM |
| | ) | |
| RODOLFO VETA, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECLARATION OF SERVICE:**   My name is Charles N. Guthrie and I declare that on March 3, 2008, I filed by the electronic filing system the following documents:

1) Sentence Memorandum; 2) Motion and Points & Authorities Downward Departure Aberrant Behavior; 3) Motion and Points & Authorities Downward Adjustment Minimal Role; 4) Motion and Points & Authorities Downward Departure Combination of Circumstances; and Sentence Summary Chart with the United States District Court of the Southern District of California and

thereby electronically served AUSA Andrew Schopler, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify the above true under penalty of perjury this March 3, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law

07 CR 03365 - DMS