1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    CASE NO. 07CR3365

12 |                                    Plaintiff,          ORDER SHORTENING TIME

vs.

13 | RODOLFO VETA, JR.,

14 |                                    Defendant.

15

16      The Court having considered Defendant's application for an order shortening time:

17      **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentence motions be

18 filed on March 13, 2008.

19

20 DATED:  March 14, 2008

21                                        _____

22                                        HON. DANA M. SABRAW
                                         United States District Judge
23
24
25
26
27
28